UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 APR 19 PM 4: 55

CLERK
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v. ) Case No.
)
MARK E. RUSSELL (a.k.a. "Snake"), ) 2:18-cr-45-1
Defendant. )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Between in or about October 2017 and in or about November 2017, in the District of Vermont, defendant MARK RUSSELL (a.k.a. "Snake") controlled a place, that is, 3810 Route 100, Duxbury, Vermont, as an occupant and knowingly and intentionally made available for use such place for the purpose of unlawfully storing, distributing, manufacturing, and using controlled substances.

(21 U.S.C. § 856(a)(2))

A TRUE BILL

███████████
FOREPERSON

_Christina E Nolan_ (by JRP)
CHRISTINA E. NOLAN
United States Attorney
Burlington, Vermont
April 19, 2018